IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WILLIE MCKINNON,

      Petitioner,

v.                              Case No.  5D17-985

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 12, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Willie McKinnon, Malone, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 26, 2015, order denying postconviction motion filed in Case No. 2010-CF-1913-B, in the Circuit Court in and for Osceola County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

PALMER, TORPY, and EVANDER, JJ., concur.